■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDY RUGGERIO, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Orange County, imposed August 1, 1973, upon a conviction of reckless endangerment in the first degree, on a plea of guilty, the sentence being an indeterminate prison term not to exceed seven years. Sentence modified, as a matter of discretion in the interest of justice, by changing it to a certification of defendant to the care and custody of the Drug Addiction Control Commission. As so modified, sentence affirmed. In our opinion,

defendant should have been certified to the Drug Addiction Control Commission. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Christ, JJ., concur.